**FILED**

April 4, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>JACQUELINE MARIE SALAS , )<br><br>Defendant. ) | Case No. CR S-06-0050 MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   JACQUELINE MARIE SALAS  , Case No.

CR S-06-0050 MCE  , Charge  18 USC § 2113  , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

X     Release on Personal Recognizance

___     Bail Posted in the Sum of $_____

___     Unsecured Appearance Bond $ _____

___     Appearance Bond with 10% Deposit

___     Appearance Bond with Surety

___     Corporate Surety Bail Bond

X     (Other)     *With conditions including halfway house*

*residence. Release to U.S. Marshal on morning of*

*April 5, 2006*

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 4, 2006   at   2:25 p.m.  .

By  _____

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal