Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
JACQUELINE MARIE SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0050-MCE |
| Plaintiff, | ORDER WAIVING DEFENDANT'S APPEARANCE |
| v. | |
| JACQUELINE MARIE SALAS, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, and pursuant to the defendant's written waiver of appearance, the court hereby accepts said waiver and orders the defendant's personal appearance waived. Ms. Salas's defense counsel will be permitted to appear for her at all court proceedings unless the court requests that she be personally present.

DATED: April 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE