1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Defendant
5  JACQUELINE MARIE SALAS

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,         )    No. CR S 06 0050 MCE
10                                   )
            Plaintiff,                )    ORDER RE: TRANSPORTATION
11                                   )    AND SUBSISTENCE PURSUANT
         v.                           )    TO 18 U.S.C. § 4285
12                                   )
   JACQUELINE MARIE SALAS,            )
13 et al.,                            )    Judge: Hon. Kimberly J. Mueller, United
            Defendants.               )    States Magistrate Judge
14 _____)

15 TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

16      This is to authorize and direct you to furnish the above named defendant, JACQUELINE

17 MARIE SALAS, with transportation from the halfway house in Oakland (Cornel Corrections,

18 205 MacArthur Ave., Oakland, CA) to the United States Courthouse, Eastern District

19 (Sacramento) on **August 2, 2006.**  Ms. Salas will need to be available at the courthouse at 11:00

20 a.m. on August 2 for a meeting with her attorney and the government.  Ms. Salas will also need

21 return transportation back to Oakland after the meeting.

22      This is authorized pursuant to 18 U.S.C. § 4285.

23 IT IS SO ORDERED.

24 DATED:  July 28, 2006.

25
26                                            _____
                                              UNITED STATES MAGISTRATE JUDGE
27
28