1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Defendant
5  JACQUELINE MARIE SALAS

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )    No. CR S 06 0050 MCE
10                                  )
              Plaintiff,            )    ORDER RE: TRANSPORTATION
11                                  )    AND SUBSISTENCE PURSUANT
       v.                           )    TO 18 U.S.C. § 4285
12                                  )
   JACQUELINE MARIE SALAS,          )
13 et al.,                          )    Judge: Hon. Dale A. Drozd
              Defendants.           )
14 _____ )

15 TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

16        This is to authorize and direct you to furnish the above named defendant, JACQUELINE

17 MARIE SALAS, with transportation from the halfway house in Oakland (Cornel Corrections,

18 205 MacArthur Ave., Oakland, CA) to the United States Courthouse, Eastern District

19 (Sacramento) on **August 8, 2006.**  Ms. Salas will need to be available at the courthouse at 8:15

20 a.m. on August 8 for a status conference.  Ms. Salas will also need return transportation back to

21 Oakland after the status conference and after completing a meeting with her attorney.

22        This is authorized pursuant to 18 U.S.C. § 4285.

23 IT IS SO ORDERED.

24 DATED: August 2, 2006.

25

26                                                  _____
                                                    DALE A. DROZD
27                                                  UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/salas0050.transp