Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JACQUELINE MARIE SALAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 06 0050 MCE |
| ) | |
| Plaintiff, ) | STIPULATION & ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE AND |
| ) | EXCLUDING TIME |
| JACQUELINE MARIE SALAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter was set for August 1, 2006 at 8:30 a.m.

2. Counsel for the defendant and counsel for the government are attempting to reach a resolution of this case by way of plea and additional time is necessary to work out the details of a plea agreement and to complete a scheduled meeting with the government.  Therefore, it is requested by both parties that the status conference be continued to **August 8, 2006** at 8:30 a.m.

3. It is further stipulated by the parties that time continue to be excluded to August 8, 2006 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(8)(B)(iv).

1

| | |
|---|---|
| DATED: August 1, 2006 | /s/ Tim Warriner<br>Attorney for defendant, JACQUELINE MARIE SALAS |
| DATED: August 1, 2006 | /s/ Carolyn Delaney, Assistant United States Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for August 1, 2006 be continued to August 8, 2006 at 8:30 a.m., and that time continue to be excluded to August 8, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: August 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE