1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Defendant
5  JACQUELINE MARIE SALAS

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )    No. CR S 06 0050 MCE
10                                  )
              Plaintiff,            )    ORDER RE: TRANSPORTATION
11                                  )    AND SUBSISTENCE PURSUANT
        v.                          )    TO 18 U.S.C. § 4285
12                                  )
   JACQUELINE MARIE SALAS,          )
13 et al.,                          )    Judge: Hon. Dale A. Drozd
              Defendants.           )
14 _____  )

15 TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

16       This is to authorize and direct you to furnish the above named defendant, JACQUELINE

17 MARIE SALAS, with transportation from the halfway house in Oakland (Cornel Corrections,

18 205 MacArthur Ave., Oakland, CA) to the United States Courthouse, Eastern District

19 (Sacramento) on **August 17, 2006**. Ms. Salas will need to be available at the courthouse at 1:00

20 p.m. on August 17 for a meeting with the FBI and with her attorney. Ms. Salas will also need

21 return transportation back to Oakland after the meeting. Her return transportation should leave

22 no earlier than 4:30 p.m.

23       This is authorized pursuant to 18 U.S.C. § 4285.

24 IT IS SO ORDERED.

25 DATED: August 14, 2006
                                        _____
26                                      UNITED STATES MAGISTRATE JUDGE

27

28