1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Defendant
5  JACQUELINE MARIE SALAS

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )    No. CR S 06 0050 MCE
10                                  )
          Plaintiff,                )    ORDER RE: TRANSPORTATION
11                                  )    AND SUBSISTENCE PURSUANT
       v.                           )    TO 18 U.S.C. § 4285
12                                  )
   JACQUELINE MARIE SALAS,          )
13 et al.,                          )    Judge: Hon. Dale A. Drozd
          Defendants.               )
14 _____)

15 TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

16        This is to authorize and direct you to furnish the above named defendant, JACQUELINE

17 MARIE SALAS, with transportation from the halfway house in Oakland (Cornel Corrections,

18 205 MacArthur Ave., Oakland, CA) to the United States Courthouse, Eastern District

19 (Sacramento) on **August 22, 2006** so that she may attend a status conference before the

20 Honorable Morrison C. England, Jr.  Ms. Salas will need to be available at the courthouse at 8:15

21 a.m. on August 22 and will need return transportation back to Oakland after 2:30 p.m.

22        This is authorized pursuant to 18 U.S.C. § 4285.

23 IT IS SO ORDERED.

24 DATED: August 18, 2006.

25

26                                         _____
                                           DALE A. DROZD
27                                         UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/salas0050.ord