1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Defendant
5  JACQUELINE MARIE SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 06 0050 MCE |
|---|---|---|
| Plaintiff, | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 |
| JACQUELINE MARIE SALAS, et al., | ) | Judge: Hon. Gregory G. Hollows |
| Defendants. | ) | |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

   This is to authorize and direct you to furnish the above named defendant, JACQUELINE MARIE SALAS, with transportation from the halfway house in Oakland (Cornel Corrections, 205 MacArthur Ave., Oakland, CA) to the United States Courthouse, Eastern District (Sacramento) on **September 12, 2006** so that she may attend a status conference before the Honorable Morrison C. England, Jr.  Ms. Salas will need to be available at the courthouse at 8:15 a.m. on September 12 and will need return transportation back to Oakland after 1:30 p.m.  "To" transportation is authorized under § 4285; "From" transportation is not.

IT IS SO ORDERED.

DATED: 9/8/06                    /s/ Gregory G. Hollows
                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

salas.ord