Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JACQUELINE MARIE SALAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>JACQUELINE MARIE SALAS,  )<br>  )<br>   Defendant.  )<br>_____) | No. 2: 06-cr- 0050 MCE<br><br>STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1.  A status conference in this matter is set for September 12, 2006 at 8:30 a.m.

2.  Counsel for the defendant and counsel for the government are attempting to reach a resolution of this case by way of plea and additional time is necessary to work out the details of a plea agreement, to complete investigation including locating relevant documents, and to complete additional meetings with the government.  Therefore, it is requested by both parties that the status conference be continued to **October 3, 2006** at 8:30 a.m.

3.  It is further stipulated by the parties that time continue to be excluded to October 3, 2006 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: September 11, 2006     /s/ Tim Warriner
Attorney for defendant, JACQUELINE MARIE SALAS

DATED: September 11, 2006     /s/ Carolyn Delaney, Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for September 12, 2006 be continued to October 3, 2006 at 8:30 a.m., and that time continue to be excluded to October 3, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: September 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE