Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JACQUELINE MARIE SALAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-00050-MCE |
| Plaintiff, ) | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| JACQUELINE MARIE SALAS, ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter was set for October 24, 2006 at 8:30 a.m.

2. Counsel for the defendant and counsel for the government are attempting to reach a resolution of this case by way of plea and additional time is necessary to work out the details of a plea agreement and, if needed, to complete additional meetings with the government.  Therefore, it is requested by both parties that the status conference be continued to **November 21, 2006** at 8:30 a.m.

3. It is further stipulated by the parties that time continue to be excluded to November 21, 2006 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: October 30, 2006    /s/ Tim Warriner
Attorney for defendant, JACQUELINE MARIE SALAS

DATED: October30, 2006    /s/ Carolyn Delaney, Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for October 24, 2006 be continued to November 21, 2006 at 8:30 a.m., and that time continue to be excluded to November 21, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: October 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE