Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
JACQUELINE MARIE SALAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACQUELINE MARIE SALAS, ) <br> ) <br> Defendant. ) <br> ) | No.2:06-cr- 0050 MCE <br><br> STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter was set for November 21, 2006 at 8:30 a.m.

2. Counsel for the defendant and counsel for the government are attempting to reach a resolution of this case and additional time is needed to obtain matters pertaining to Ms. Salas's Oregon state prosecution for hindering apprehension. Therefore, it is requested by both parties that the status conference be continued to **December 12, 2006** at 8:30 a.m.

3. It is further stipulated by the parties that time continue to be excluded to December 12, 2006 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: November 22, 2006     /s/ Tim Warriner
Attorney for defendant, JACQUELINE MARIE SALAS

DATED: November 22, 2006     /s/ Carolyn Delaney, Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for November 21, 2006 be continued to December 12, 2006 at 8:30 a.m., and that time continue to be excluded to December 12, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: November 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE