McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00050-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| JACQUELINE MARIE SALAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Having considered the government's motion, it is hereby ordered that the Indictment currently pending against defendant Jacqueline Marie Salas be dismissed with prejudice.

Dated: November 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1